FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 20 2016

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

BOBI DANIEL ZOLTAN
Plaintiff,

;    Case No

NEWNAN  POLICE DEPARTMENT
Defendants,

# 1:16-CV-2068

Plaintiff by  and thought counsel, and for his complaint against the  Defendant , hereby states as follows :

Pg 1st
B2

## INTRODUCTION

1.     My name is Bobi Daniel Zoltan. I've come to the USA at a very young age. I've left my native country, Romania, at 14 years old to have a better future because in Romania it was a communism regime and no future. My father left when I was 5 years old and honestly I don' t even know how it is to have a father. After awhile, I was thinking how can I see my father. This became my dream. And of course, I could not live in a communist country, I had dreams big dreams!

At the time, only when I was saying the world USA I would have been jailed and beaten. One time, I was playing with kids in the park and I have told to a kid that I want to go to see my father in USA. The next day the police came to look for me and, when they found me, they beaten me. I did not let this ruin my dreams. I could not wait to grow older to leave Romania to see my father. Finally, the time came and I left Romania to Austria and from there to USA. When I arrived in USA I was very happy to see my father. I had prayed for that moment many years.

Now, after awhile, it was time to get married. I've moved to Atlanta, Georgia where I had a friend named Ricky. One day we went to a store to buy food. Ricky told me "let's go to Publix store where a romanian girls is working!". We got there at Publix store located in Norcross, Ga. This friend of mine filled the shopping cart with everything food, beer, wine. I've told him we don't have a lot of money why we buy so much. He said that it is ok. We get to the check out register and everything was like $40( my estimate was like $200). When we got out I asked him if the store had a sale that we paid so little. My friend, Ricky, told me " are you stupid? Don't you see that this cashier girl gave us drinks for free!?". I said " how is possible?" and, he told me that the cashier girl didn't scanned the beer, wine and many other things. I've thought that was stealing. The cashier girl' s name is Beatrice Filimon. So, Beatrice Filimon was stealing for other people. I've called the store manager and I've told him what happened. Beatrice Filimon was put under investigation and then fired.

Meanwhile, Beatrice Filimon and my friend cousin was coming often to my friend, Ricky, house. Beatrice Filimon told my friend, Ricky, and his cousin that she likes me very much and she likes to know me better. Ok, after a while I like, a stupid decided to marry her. After a while she become pregnant and we were expecting. We had a wonderful son named Anthony Zoltan. After a few good years with Beatrice , I realized that she was coming from a communist family. We had many discussions on this theme. Beatrice once told me her grandfather was the communist party leader. She was recalling how her grandfather was taking her to his workplace and she was watching how they were beating up people, breaking there fingers between the doors. Another thing that that surprised me about what she was saying about her grandfather was that he once wanted to kill one of his own sons because he did not want to be part of the communist party. This son hidden in the canals for months. Beatrice, also, told me that at school she was modifying her grades and presence in a false card to show her mother which was expecting her to be first in class. Instead, she was a mediocre student. Her mother realized that Beatrice Filimon lied. Beatrice' s mother was a racist woman. Her grandmother told me that if I was in Romania I would have been dead by then. Maybe, even now, if I go back to Romania they can hire someone to kill me. Beatrice' s uncle is an army captain so the family has some power. So, when I heard all of these I become worried to not happen something to my son Anthony Zoltan.

After a while my family- me, my ex wife( Beatrice) and our son- moved to Lawrenceville, Ga. We've had a

few good years together.  The sun was shining for us.  After 3-4 years we lived closed to her family and then that was the time when everything went down the hill.  We started to have a hard time. It was a time when I did not have work.  My ex wife, Beatrice Filimon, decided to become a police officer.  I was thinking why police.  After a while I understood.  She had a cousin in Romania, who was custom police officer. They talked on the phone weekly.  This cousin of hers was a very corrupt custom police officer in Romania.  This cousin of my ex wife was telling her how one day they stop a Turkish ship that was bringing to Romania merchandise and drugs, and they let them pass illegal in exchange for money( Beatrice cousin told her that she got only for that €30000 ). So, this is what my ex wife Beatrice told me.  So, yes in Romania the police is very corrupt.  Beatrice cousin was teaching her how she can do the same here.  The only thing that in the United State of America things are different. And even more, this cousin of Beatrice advise Beatrice to get hired as a police officer and even advise her to have sex with the chief of the police( not with anybody else from the police station).  I've heard this phone conversation myself.  Beatrice Filimon applied to the police in Duluth, Ga, Lawrenceville Ga, Dekalb Ga, Lilburn Ga, Alphareta Ga, Norcross Ga, Atlanta Ga.  None of these was hiring her because I think she was not passing the test.  After a while she was thinking to apply to a small city so she went to Newnan Ga.  There she met police lieutenant Chase Freeman.  I think this police lieutenant Chase like her and want it to hire her.  For Beatrice this was a good start.  The two of them ( Beatrice and lieutenant Chase Freeman) started to talk daily on the phone outside of the work schedule.  Every time this lieutenant Chase was calling Beatrice, she was going outside of the house to talk to him.  There were a lot of phone calls and text messages with sexual content.  In one of the text messages lieutenant Chase Freeman asked her why she doesn't divorce me.  Beatrice Filimon, my ex wife told him that's not so easy, there were 8 years of marriage.  After a while my ex wife, Beatrice Filimon, became a police officer in Newnan Ga.  I noticed something was not right.  She started to take the phone all the time and to hidden it from me.  So, I decided to look into the phone.  The phone was loaded with text massages from Chase Freeman, who was a police officer in Newnan Ga as well.  So they where CO WORKERS.  I've called the chief of police from Newnan Ga and, I've told him that this Chase Freeman wants to destroy my family and that I have a son with Beatrice.  The chief of Newnan police was not interested in what I had to say.  I knew from Beatrice, that the chief of the police from Newnan had two cleaners stores in someone else name and then I realized that something is wrong with these police department .  The same chief of police instead of helping me he threatened that he will arrest me if I call anymore.  He did not let me explain what was going on between my wife at the time, Beatrice, and lieutenant Chase Freeman from the same police station Newnan Ga.  After a while, Beatrice( my wife at the time) and Chase Freeman became lovers.  The law states clear that two police officer from the same department ( one being married) cannot have sex together. And they did.  I did not know what to do.  Chase Freeman was teaching Beatrice Filimon( my wife at the time) to fill for divorce without my knowledge and send the papers to an address where I was not living.  We were married, we were living in the same house with our son. She could have told me that she filled for divorce.  I understood later that she did not want me to be present in court to not be able to represent myself and to not have any right to see my son Anthony.  This was a conspiracy between two police officers, co workers( Beatrice Filimon and Chase Freeman) to not be able for me to go for my divorce day in court to represent myself and my son rights to see his father.  After the divorce (at which I could not be present because I did not know as present it) Beatrice Filimon and Chase Freeman moved in together.  From that  moment I could not see my son Anthony Zoltan.  I grew up till the age of 17 without a father, I know how is like. I did not want my son to grow up without a father.

I've called many times to go see my son, but Beatrice Filimon told me if I go to her house she will shot me, they have five guns in the house and nobody will do anything because she has them all at her fingers.  Then I realized that Beatrice had sexual relations with many from that police department if she was so certain on her. I was afraid for my life to not be killed and not see my son.  Beatrice told that even if I go to court now, nobody will believe me because she is police officer she will win because of this. I've

kept calling to see my son and this Chase Freeman has answer the phone and told me if I want to die to go there where they are.  I knew then something is really wrong.  My son was living in the same house with this man.  I've called some other time and my son answer .  My son, Anthony, told me " daddy, this man that lives with mom smokes a lot and he drinks a lot beer and alcohol ".  I've felt like I was exploding, but I could not do anything.

I love my son very much. There is not day that I don't think of him , what he eats, what he needs, what his hopes are in life.  I dream about him that he asks me to go and see him.  I've got sick for 4 years.

Now I think my son is brain wash and they 've thought him to not know me, his father.

I, Bobi Daniel Zoltan, ask the law enforcement to take severe actions against those two criminal Beatrice Filimon and Chase Freeman.  I have to mention that after a while Chase Freeman was fired from Newnan police department because he was caught having sex with some other woman in  police parking lot during the working hours.  Beatrice Filimon divorced him and now she is married for the 3th or 4th time.

So, Chase Freeman and Newnan Ga, Police Department destroyed my family, destroyed me.  They've tortured me pshycologic, they threatened my life, I'm scared for my life, I've been suffering and traumatized for years now.  I've been scared for life.

The police conduct in this case created an intetional infliction of emotional distress. I never have a good christmas ,my ex  wife Beatrice Filimon,

Case Freeman and the chef of police newnan ga distort me and may life . My ex wife Beatrice Filimon  police officer for newnan ga she distroid my life ,tort me ,parental alienation ,traumatized me for life ,police conduct and  intentional emotional distress, racial ,she call me a homosexual ,i have scars for life ,i have night mares ,wake up every night and i hear my son is calling my name like dady i need help ... offfff my god !!!!  i don't focus good in my life and so many more thinks ...  I BOBI  DANIEL ZOLTAN I WAS A HOSTAGE TO MY OWN LIFE  FOR  8 YEARS IN A DARK LIFE  and FEAR ....

## 2 .   DAMAGES   AND OTHER RELIEF REQUESTED

1.  THROUGHT THIS ACTION ,PLAINTIFF SEEKS RECOVERY IN ECESS OF ' ONE BILLION DOLLARS ( $ 1.000.000.000.00 AND NO CENT )

INCLUDING SUFFERED BY PLAINTIFF AS A RESULT OF DEFENDANT ACTIONS,PUNITIVE  AND /OR  STATUTORY DAMAGES AS        ALLOWED BY LAW , ATTORNEYS FEE IF IS INVOLVE ONE PRE AND POST JUDGMENT INTEREST TO THE MAXIMUM EXTENT ALLOWED BY LAW ,COAST ,AND ALL OTHER RELIEF TO WHICH PLAINTIFF IS ENTITLED ....

**Respectfull submitted this 21 of jun , 2016  ...**

**BOBI DANIEL ZOLTAN**

305 Meloni Woy
Lowreanville Gt
832 888 9400  30044